# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAROLD MARCEL PARKER, JR.

NO.  2024 CW 0938

VERSUS

LIVINGSTON PARISH
GOVERNMENT, ET AL.

**OCTOBER 8, 2024**

---

In Re:    Joseph Erdey, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 182770.

---

**BEFORE:   McCLENDON, MILLER, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** This writ application appears to be untimely. Although relator timely filed a notice of intent to seek supervisory review, this writ application was not filed by the return date set by the trial court, and there is no evidence before this court that a timely extension of such return date was sought. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation to show the timeliness of this writ application, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before October 23, 2024, and must contain a copy of this ruling.

**PMc**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT